IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREEDOM WATCH, INC.**<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>**NATIONAL SECURITY AGENCY, ET. AL.,**<br><br>　　　　　　　　Defendants. | Civil Action No. 1:12-cv-01088-RLW |

**PLAINTIFF'S OBJECTION TO MOTION FOR EXTENSION OF TIME TO FILE REPLY AND REQUEST FOR DISCOVERY**

　　Plaintiff Freedom Watch, Inc. hereby objects to the 60 day enlargement of time requested in Defendant's Motion For Extension of Time to File a Reply and as grounds therefore would show:

1. Having on two previous occasions claimed they had no further documents and then frivolously moved for summary judgment, miraculously the Defendant now claims to have discovered some more.  Since the Department of State has "discovered" apparently have new documents, they should be produced now, without further delay.

2. Plaintiff agreed to a 14 day extension but believes a 60 day extension is unnecessary under the circumstances.

3. To the extent that the Court allows the Defendant to take a 60 day extension, it should also allow Plaintiff to conduct discovery of Defendant's custodian of records during this period since it is apparent that a proper search was never conducted.  This case has been pending for a long time, and still the Defendant finds it "difficult" to produce a limited of

records which this court ordered to be produced.  This raises an inference that there is gamesmanship afoot, as has proven to be the case in other recent administration matters ranging from Benghazi to Fast and Furious to a host of other expanding scandals.  The potential for scandal here is also great here, particularly since the conduct at issue concerns the production of records concerning former Secretary of State Hillary Clinton and her potential release of classified national security information to the New York Times.

For all these reasons, if the 60 day extension is granted, the Plaintiff should respectfully be allowed to take discovery to ensure a proper search has been performed, since on its face it appears it has not.

Dated: June 4, 2013

                                        Respectfully Submitted,

                                         /s/ *Larry Klayman*
                                        Larry Klayman, Esq.
                                        D.C. Bar No. 334581
                                        2020 Pennsylvania Ave. NW #345
                                        Washington, DC 20006
                                        Tel: (310) 595-0800
                                         Email: leklayman@gmail.com