IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FREEDOM WATCH, INC.**

                Plaintiff,

    v.

**NATIONAL SECURITY AGENCY, ET. AL.,**

                Defendants.

Civil Action No. 1:12-cv-01088-RLW

**MOTION TO TAKE DISCOVERY OF STATE DEPARTMENT FOIA RECORDS CUSTODIAN AND TO SHORTEN TIME FOR DEFENDANT TO RESPOND**

Plaintiff, Freedom Watch, Inc., moves this honorable Court for an order granting leave to depose pursuant to Rule 30 (b) (6) of the Federal Rules of Civil Procedure a person designated by Defendant Department of State ("State") who is knowledgeable about how records searches were performed in this case, and as grounds therefore would show:

1. This simple Freedom of Information Act case has now been pending for one year, since June 28, 2013.

2. To date, State has repeatedly told this Court and Plaintiff that it has conducted a thorough search, only for State to admit later that it had not and that additional records were available. This last time, State requested another 60 day extension to do the "job" it should have done from the outset. It is unclear why additional records keep miraculously appearing if the original search was performed thoroughly.

3. There is a pattern in the Obama administration of delay, obfuscation, and outright obstruction of justice when it comes to "coming" clean on information and documents in

a myriad of burgeoning scandals. Even the New York Times has recently opined on its editorial page that the Obama administration has lost all credibility.

4. This Court has just been nominated by President Obama for a higher judgeship, before the U.S. Court of Appeals for the District of Columbia Circuit. Plaintiff congratulates the Court and recognizes the great achievement.

5. At the same time, this Court continues to preside over a case, this case, which bears on the illegal release of classified national security information by former Secretary Hillary Clinton and the Obama administration to the New York Times, while the Obama administration prosecutes whistleblowers who have leaked far less sensitive and damaging national security information.

6. Plaintiff asks this Court to simply allow it to depose a designated representative of State, simply to see if an adequate search was done. It obviously has not been done to date and the circumstances raise a presumption that bad faith behavior is at foot, as it has been with Fast and Furious, Benghazi, the NSA, AP, Fox News and other recent scandals.

7. In addition, it has recently been revealed that Obama administration cabinet secretaries use secret private emails to communicate, to hide records subject to FOIA requests and Congressional subpoenas. This revelation has recently come to light, and this is likely the reason a new 60 day delay was requested in order to review yet another claimed records search.

8. Given the circumstances and facts of this case, in which the Defendant has falsely told the Court and Plaintiffs twice that it did not have any further documents only to reverse itself again and again, there is no basis to deny Plaintiff's request to depose the records

custodian, or a person who has principal knowledge of how the searches were and are being allegedly performed.

9. Finally, Plaintiff respectfully requests that Defendants be ordered to respond to this motion within 48 hours, so this Court may rule expeditiously. Plaintiff's counsel will be in Washington, D.C. next week and is available to take the deposition of the Defendant under Rule 30(b)(6) at this time.

10. Defendant opposes this motion, for obvious reasons.

WHEREFORE, Plaintiff respectfully requests that it be granted leave to take a Rule 30(b)(6) deposition of Defendant's designate concerning the FOIA searches conducted in this case and to shorten Defendant's response time to this motion to 48 hours.

Dated: June 10, 2013

                              Respectfully Submitted,

                              /s/ *Larry Klayman*
                              Larry Klayman, Esq.
                              D.C. Bar No. 334581
                              2020 Pennsylvania Ave. NW #345
                              Washington, DC 20006
                              Tel: (310) 595-0800
                              Email: leklayman@gmail.com